

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
#### 255 EAST TEMPLE STREET
#### LOS ANGELES, CALIFORNIA 90012

**CHAMBERS OF**
**R. GARY KLAUSNER**
**JUDGE**

**TELEPHONE**
**(213) 894-3938**

June 11, 2009

Mr. Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Sir:

In response to your letter of June 5, 2009, specifically paragraph 2, the "Ameriprise Fin. Inc."
is an individual stock and its index symbol is AMP. The "Charles Schwab Account" is a bank
deposit account or sweep account. Hopefully, this will clarify your concerns. However, if there
are any further questions, please do not hesitate to contact me.

Sincerely,



District Judge

RGK:mc

RECEIVED 2009 JUN 19 A 11: 12 FINANCIAL DISCLOSURE OFFICE

Klausner_Robert_G

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) KLAUSNER, ROBERT G. | 2. Court or Organization U. S. DISTRICT COURT - CA Cent | 3. Date of Report 04/27/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address Roybal Federal Building 255 East Temple Street, #860 Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | California Judges' Retirement |
| 2. | |
| 3. | |

RECEIVED
2009 MAY -6 A 10: 54
FINANCIAL
DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| KLAUSNER, ROBERT G. | 04/27/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | State of California - Judges' Retirement | $127,974.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| KLAUSNER, ROBERT G. | 04/27/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KLAUSNER, ROBERT G. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Express Co. | B | Dividend | K | T | | | | | |
| 2. American Funds: American Mutual Fund of American Fund | C | Dividend | L | T | | | | | |
| 3. American Funds: American High-Income Muni Bond Fund | C | Dividend | K | T | | | | | |
| 4. Ameriprise Fin. Inc. | A | Dividend | J | T | | | | | |
| 5. AT&T Common Stock | B | Dividend | K | T | | | | | |
| 6. Bank of America Account | A | Interest | J | T | | | | | |
| 7. Bank of America Common Stock | D | Dividend | K | T | | | | | |
| 8. American Funds: Bond Fund of America | B | Dividend | K | T | | | | | |
| 9. BL PLC Spons ADR | C | Dividend | K | T | | | | | |
| 10. Charles Schwab Account | B | Dividend | K | T | | | | | |
| 11. Chevron Texaco Corp. | B | Dividend | L | T | | | | | |
| 12. Eagle Wireless Common Stock | | None | J | T | | | | | |
| 13. Edison International Common Stock | B | Dividend | K | T | | | | | |
| 14. American Funds: Europacific Growth Fund | B | Dividend | L | T | | | | | |
| 15. Exxon Common Stock | C | Dividend | M | T | | | | | |
| 16. Fed. Courts & Rec CU - now Financial Cr editUnion | C | Interest | M | T | | | | | |
| 17. WACHOVIA Securities | A | Interest | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| KLAUSNER, ROBERT G. | - | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., ren , or int.) | (1) Value Code 2 (J-P) | (2) Va ue Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Mon h - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds: Growth Fund of America Fund | A | Dividend | L | T | | | | | |
| 19. Jackson National Life Ins. | B | Interest | K | T | | | | | |
| 20. Lucent - now ALCATEL | A | Dividend | J | T | | | | | |
| 21. Mesa Royality Tust UBI | | None | J | T | | | | | |
| 22. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 23. Newmont Mining Corp. | A | Dividend | K | T | | | | | |
| 24. Nuveen Calif. Select Quality Muni. Fund In c. | D | Dividend | L | T | | | | | |
| 25. PG&E Common Stock | C | Dividend | M | T | | | | | |
| 26. Questar Corp. | A | Dividend | K | T | | | | | |
| 27. DWS (Wachovia) Formerly Scudder Ca. Tax Free Bond | C | Dividend | K | T | | | | | |
| 28. Sempra Energy | A | Dividend | J | T | | | | | |
| 29. American Funds: Small Cap World Fund | A | Dividend | K | T | | | | | |
| 30. Valero Energy Corp. | A | Dividend | J | T | | | | | |
| 31. Vodafone Group Common Stock | A | Dividend | J | T | | | | | |
| 32. Met Life & Affiliate | A | Interest | J | T | | | | | |
| 33. TRUST 'A' Consisting of Real Property In Morgan County, CO | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KLAUSNER, ROBERT G. | 04/27/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544